IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRINCIPAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                  CASE NO. 1:05-cv-00151-MP-AK

HOLLY LYNN BASS,
DEBORAH SAYLOR,
WATSON FUNERAL HOME, INC.,

    Defendants.

_____/

## **O R D E R**

On June 2, 2006, this court entered an order directing defendant Bass to file a written answer to the complaint in this case by June 26, 2006.  Defendant has failed to make any such filing.  If defendant fails to file an answer to the complaint by Monday, August 7, 2006, a default will be entered against her.  If a default is entered, the defendant may lose the right to present her side of the case and judgment could be entered against her without any further hearing or opportunity to oppose it.

    **DONE AND ORDERED** this   *21st* day of July, 2006

                                         *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge